IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| LONNIE RAY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.   6:08-cv-646-IPJ-TMP |
| ) | |
| WARDEN CUMMINS; ATTORNEY ) | |
| GENERAL OF THE STATE ) | |
| OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On February 18, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE as barred by 28 U.S.C. § 2244(d).

DONE and ORDERED this the 19th day of March, 2009.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE